|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 20 2018 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ESTATE OF CASTANEDA and JOSE CASTANEDA, AKA James Blume, Executor of Estate in GP013531, GP003849, and GP013952, Pending,

        Plaintiffs-Appellants,

 v.

THE L.A.S.C.; et al.,

        Defendants-Appellees.

No.   18-56199

D.C. No. 2:18-cv-06795-FMO-JC
Central District of California,
Los Angeles

ORDER

Before: LEAVY, BYBEE, and HURWITZ, Circuit Judges.

Upon a review of the record, the response to the court's November 9, 2018 order, and the opening brief received November 9, 2018, we conclude this appeal is frivolous. We therefore deny appellants' motion to proceed in forma pauperis (Docket Entry No. 4), *see* 28 U.S.C. § 1915(a), and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

All other pending motions are denied as moot.

**DISMISSED**.

SSL/MOATT