FILED

MAY 14 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ESTATE OF CASTANEDA; JOSE CASTANEDA, AKA James Blume, Executor of Estate in GP013531, GP003849, and GP013952, Pending,<br><br>           Plaintiffs-Appellants,<br><br> v.<br><br>THE L.A.S.C.; et al.,<br><br>           Defendants-Appellees. | No. 18-56199<br><br>D.C. No. 2:18-cv-06795-FMO-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: LEAVY, BYBEE, and HURWITZ, Circuit Judges.

Appellant's untimely motion for reconsideration (Docket Entry No. 20) is denied. *See* 9th Cir. R. 27-10.

We treat appellant's motion to stay the mandate (Docket Entry No. 21) as a motion to recall the mandate, and deny the motion.

No further filings will be entertained in this closed case.